IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KARRIE SIMS,**

    **Plaintiff,**

**v.**

**SHAWNEE MASS TRANSIT DISTRICT,**
**d/b/a SOUTHERN MOST AREA RURAL**
**TRANSIT,**

    **Defendant.**　　　　　　　　　　**Case No. 10-cv-1019-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 18, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**


        **BY:**　　**/s/*Sandy Pannier***
                  **Deputy Clerk**

Dated: June 28, 2011

Digitally signed by
David R. Herndon
Date: 2011.06.28
12:21:19 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT